1  ROBERT S. SPAN (SBN 68605)
   rspan@steinbrecherspan.com
2  DOUGLAS R. PAINTER (SBN 131043)
   dpainter@steinbrecherspan.com
3  STEINBRECHER & SPAN LLP
   445 S. Figueroa St., Suite 2350
4  Los Angeles, CA  90071
   Telephone:   (213) 891-1400
5  Facsimile:    (213) 891-1470

6  MATTHEW A. LESNICK (SBN 177594)
   matt@lesnickprince.com
7  ANDREW R. CAHILL (SBN 233798)
   acahill@lesnickprince.com
8  LESNICK PRINCE & PAPPAS LLP
   185 Pier Avenue, Suite 103
9  Santa Monica, CA  90015
   Telephone:   (310) 396-0964
10 Facsimile:    (310) 396-0963

11 Attorneys for Plaintiffs Krasimir Dachev, Peace for
   You Peace for Me and Svilosa AD

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No. 1:17-bk-12434-VK |
| | Chapter 7 |
| ROBIN DIMAGGIO, | Adv. No. 1:17-ap-01099-VK |
| Debtor. | **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO DISMISS REMAINING § 727 AND § 523 CLAIMS AGAINST DEFENDANT ROBIN DIMAGGIO AND OPPORTUNITY FOR OTHER PARTIES IN INTEREST TO SUBSTITUTE AS PLAINTIFF IN § 727 ACTION; MEMORANDUM OF POINTS AND AUTHORITIES** |
| | [No Hearing Required Unless Requested; Local Bankruptcy Rule 9013-1(o)] |

TO THE COURT, THE CHAPTER 7 TRUSTEE, THE UNITED STATES TRUSTEE, ALL CREDITORS AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Krasimir Dachev, Peace For You Peace For Me, and Svilosa AD ("Plaintiffs"), plaintiffs in the related adversary proceeding captioned *Krasimir Dachev, Peace for You Peace for Me, and Svilosa AD v. Robin DiMaggio* [Adv. No. 1:17-ap-01099-VK] (the "Adversary Proceeding") move part (the "Motion") the Court for an Order dismissing all of Plaintiffs' remaining claims for relief that were not fully disposed of by summary judgment, as set forth below. In the alternative, Plaintiffs request that any other creditor or party in interest that wishes to substitute in for Plaintiffs with respect to any claims for relief under § 727 do so within 14 days from the date of this Motion.

This Motion is made on the grounds that the Court has already granted Plaintiffs' Motion for Summary Judgment ("MSJ") in the Adversary Proceeding in part and rendered Plaintiffs' remaining claims irrelevant to Plaintiffs, as set forth in more detail in the accompanying Memorandum of Points and Authorities. [*See* Adv. Docket No. 70.] More specifically, the Court granted the MSJ as to Plaintiffs' claim of fraud under 11 U.S.C. § 523(a)(2)(A) and Plaintiffs' claim of embezzlement under 11 U.S.C. § 523(a)(4) in the total amount of $1,161,604.65. The Court did not grant summary judgment as to Plaintiffs' other claims under §§ 523 and 727. As a result, there is no reason for Plaintiffs or the Debtor to continue litigating the remaining claims for relief, and it is in the best interests of those parties that the remaining claims be dismissed so that judgment can be entered and the parties do not incur the expense of any further litigation.

PLEASE TAKE FURTHER NOTICE that the Motion is based on Federal Rule of Bankruptcy Procedure 7041, the attached Memorandum of Points and Authorities, the entire record in this bankruptcy case and the related adversary proceeding, the statements, arguments and representations of counsel to be made at the hearing on the Motion, if any, and any other evidence properly presented to the Court at or prior to the hearing on the Motion.

PLEASE TAKE FURTHER NOTICE that, per Local Bankruptcy Rule ("LBR") 9013-1(f), any party wishing to oppose the relief sought in this motion must file a written response

1  and request for hearing with the Court and serve it on counsel for Plaintiffs, whose names and

2  addresses appear on the top of the first page of this document, the United States Trustee and the

3  Court, within 14 days after the date of service of this notice.

4        Alternatively, and creditor or party in interest that wishes to substitute in for

5  Plaintiffs in the Adversary Proceeding with respect to any claims for relief under § 727 do so within

6  14 days from the date of this Motion.

7        WHEREFORE, Plaintiffs respectfully request that the Court: (1) dismiss Plaintiffs'

8  First, Second, Third, Fourth and Seventh Claims for Relief in their entirety; (2) dismiss Plaintiffs'

9  Sixth Claim for Relief in part, to the extent it was not granted in the MSJ; and (3) grant such further

10  and other relief as the Court deems just and proper.

11

12  DATED: November 28, 2018      STEINBRECHER & SPAN LLP

13        - and -

14        LESNICK PRINCE & PAPPAS LLP

15

16        By:   /s/ Matthew A. Lesnick
          Matthew A. Lesnick
          Attorneys for Plaintiffs Krasimir Dachev, Peace

17            for You Peace for Me and Svilosa AD

18

19

20

21

22

23

24

25

26

27

28

# MEMORANDUM OF POINTS AND AUTHORITIES

## A.  INTRODUCTION & FACTS

Plaintiffs filed the Adversary Proceeding seeking a denial of the Debtor's discharge on November 29, 2017. [Adv. Dkt. No. 1.] The Complaint included seven claims for relief under §§ 727(a)(2), (3), (4) and (5) and §§ 523(a)(2)(A), (4) and (6).

Plaintiffs filed a Motion for Summary Judgment on July 23, 2018 (the "MSJ"). [Adv. Dkt. No. 40.] The Court granted Plaintiffs' Motion for Summary Judgment and held that it would enter a judgment in favor of Plaintiffs and against the Debtor on Plaintiffs' claim of fraud under 11 U.S.C. § 523(a)(2)(A) and Plaintiffs' claim of embezzlement under 11 U.S.C. § 523(a)(4) in the total amount of $1,161,604.65, consisting of actual damages in the amount of $994,144, consequential damages in the amount of $160,303.08 and prejudgment interest in the amount of $7,157.57, and that such Judgment shall be non-dischargeable by the Debtor pursuant to 11 U.S.C. §§ 523(a)(2)(A) and (a)(4). [Adv. Dkt. No. 70 ¶ 3.] As to Plaintiffs' remaining claims, the Court held as follows:

    4.    Plaintiffs have met their burden of proving that Defendant made the following false oaths, and that the false oaths were material, in accordance with 11 U.S.C. § 727(a)(4):

        a.    Defendant made a false oath about his earnings from 2015;

        b.    Defendant omitted his interest in Dimagic Entertainment;

        c.    Defendant omitted a claim against Mark Romans;

        d.    Defendant omitted a gift of $1,400 to a friend;

        e.    Defendant omitted payments made to Marti Rich and/or on the Mulholland Property (defined in the Motion); and

        f.    Defendant made a false oath regarding the amount of money transferred to Bruce Sterling and/or A.E.I. Entertainment.

    5.    The Court further finds that Defendant omitted information about a storage unit he used in 2017, but that the omission was not material.

    6.    The Court otherwise denies the MSJ as to Plaintiffs' claim under 11 U.S.C. § 727(a)(4).

    7.    The Motion is denied as to Plaintiffs' claims under 11 U.S.C. § 727(a)(2),

(a)(3) and (a)(5).

8. The Motion is denied as to Plaintiffs' claim of defalcation under 11 U.S.C. § 523(a)(4).

9. The Motion is denied as to Plaintiffs' claim under 11 U.S.C. § 523(a)(6).

10. Plaintiffs' request for an award of punitive damages is denied.

[Adv. Dkt. No. 70.]

**B.    ARGUMENT**

Because Plaintiffs have obtained an Order for a non-dischargeable judgment in their favor for an amount they deem sufficient, there is no reason for Plaintiffs to pursue the Adversary Proceeding any further.

Federal Rule of Bankruptcy Procedure 7041 provides that, "a complaint objecting to the debtor's discharge shall not be dismissed at the plaintiff's instance without notice to the trustee, the United States trustee, and such other persons as the court may direct, and only on order of the court containing terms and conditions which the court deems proper."  In deciding whether to grant a voluntary dismissal, the court should consider whether the defendant will suffer legal prejudice as a result of the court's dismissal. *In re Lowenchuss*, 67 F.3d 1394, 1399-1400 (9th Cir. 1995).

In this case, an Order of Nondischargeability has already been entered. [Adv. Dkt. No. 70.]  Even if the Plaintiffs were to prevail on the remaining claims, they would gain no greater relief.

**C.    CONCLUSION**

Based on the foregoing, and except to the extent that one or more creditors or parties in interest may substitute in for Plaintiffs with respect to any claims for relief in the Adversary Proceeding under § 727, Plaintiffs Krasimir Dachev, Peace For You Peace For Me, and Svilosa AD respectfully request that the Court enter an Order (1) dismissing Plaintiffs' First, Second, Third, Fourth and Seventh Claims for Relief in their entirety; (2) dismissing Plaintiffs' Sixth Claim for

2

1  Relief in part, to the extent it was not granted in the MSJ; and (3) granting such further and other

2  relief as the Court deems just and proper.

4  DATED: November 28, 2018

                              STEINBRECHER & SPAN LLP

                                    - and -

                              LESNICK PRINCE & PAPPAS LLP

                              By:    /s/ Matthew A. Lesnick
                                  Matthew A. Lesnick
                                  Attorneys for Plaintiffs Krasimir Dachev, Peace
                                  for You Peace for Me and Svilosa AD

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Lesnick Prince & Pappas LLP, 315 W. Ninth St., Suite 705, Los Angeles, CA 90015

A true and correct copy of the foregoing document entitled (*specify*): **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO DISMISS REMAINING § 727 AND § 523 CLAIMS AGAINST DEFENDANT ROBIN DIMAGGIO AND OPPORTUNITY FOR OTHER PARTIES IN INTEREST TO SUBSTITUTE AS PLAINTIFF IN § 727 ACTION; MEMORANDUM OF POINTS AND AUTHORITIES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/28/2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Moises S Bardavid**    mbardavid@hotmail.com
- **Sanaz S Bereliani**    berelianilaw@gmail.com, chris@berelianilaw.com;r48595@notify.bestcase.com
- **Sheila Esmaili**    selaw@bankruptcyhelpla.com
- **Matthew A Lesnick**    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Sabari Mukherjee**    notices@becket-lee.com
- **David Seror (TR)**    aquijano@bg.law, C133@ecfcbis.com
- **Sandeep J Shah**    sandeep@shahshethlaw.com, SandeepJShah@gmail.com
- **Valerie Smith**    claims@recoverycorp.com
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 11/28/2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Hon. Victoria S. Kaufman<br>United States Bankruptcy Court<br>21041 Burbank Blvd., Suite 354<br>Woodland Hills, CA 91367 | Robin DiMaggio<br>5737 Kanan Road, #117<br>Agoura Hills, CA 91301 |

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/28/2018 | Janet A. Mack | /s/Janet A. Mack |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**SERVED BY UNITED STATES MAIL**:

**AFM Local 47**
817 Vine Street
Los Angeles, CA 90038

**American Express**
200 Vesey Street
New York, NY 10285

**American Express Bank, FSB**
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

**Barclays**
PO Box 8801
Wilmington, DE 19899-8801

**Citibank**
701 E. 60th Street N
PO Box 6034
Sioux Falls, SD 57117

**Citibank**
PO Box 6000
Sioux Falls, SD 57117

**DiMaggio International, Inc.**
5737 Kanan Road, #117
Agoura Hills, CA 91301

**Discover Financial Services**
P.O. Box 30943
Salt Lake City, UT 84130-0943

**Forum Entertainment Group, Inc.**
clo Shah Sheth, LLP
650 Town Center Drive, Suite 1400
Costa Mesa, CA 92626

**Krasimir Dachev**
Steinbrecher & Spann, LLP
445 South Figueroa Street, #2350
Los Angeles, CA 90071

**Law Offices of Arthur H. Barens**
10209 Santa Monica Boulevard
Los Angeles, CA 90067

**Manoj N. Shah**
The Fashion Law Group, PC
610 South Main Street, Suite 220
Los Angeles, CA 90014

**Myron Natwick**
c/o HFL Law Group, APC
16633 Ventura Boulevard, Suite 1425
Encino, CA 91436

**Peace for You Peace for Me**
Steinbrecher & Spann, LLP
445 South Figueroa Street, #2350
Los Angeles, CA 90071

**Svilosa AD**
Steinbrecher & Spann, LLP
445 South Figueroa Street, #2350
Los Angeles, CA 90071

**Synchrony Capital Bank**
PO BOX 965015
Orlando, FL 32896

**The Home Depot**
PO Box 6497
Sioux Falls, SD 57117

**The Home Depot/CBNA**
PO Box 20483
Kansas City, MO 64915

**Toyota Motor Credit Co.**
225 W. Hillcrest Dr., #400
Thousand Oaks, CA 91360

**US Bank, NA**
Bankruptcy/Recovery Dept
PO Box 5229
Cincinnati, OH 45201

**Wells Fargo**
Bankruptcy Department
P. 0. Box 3908
Portland, OR 97208-3908

**United States Trustee (SV)**
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                    **F 9013-3.1.PROOF.SERVICE**